UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| **Case No.:** | **14-29485** |
| **Judge:** | **GMH** |
| **Chapter:** | **Chapter 13** |

**In Re: Tresha Loretta Patton**

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

Geraci Law, LLC, Attorneys for the Debtor, have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, on or before 21 days from the date of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

Clerk, U.S. Bankruptcy Court
517 E. Wisconsin Ave., Rm. 126
Milwaukee, WI 53202

If you mail your request or response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the parties listed below and on the attached mailing matrix:

Andrew Mark Golanowski
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (414) 475-6052
Fax: (877) 247-1960
Email: wal@geracilaw.com

Rec. No: 621321
Notice and Request to Modify Chapter 13 Plan

| | |
|---|---|
| United States Trustee | Mary B. Grossman |
| Eastern District of Wisconsin | Chapter 13 Trustee |
| 517 East Wisconsin Avenue, Room 430 | P.O. Box 510920 |
| Milwaukee, WI 53202 | Milwaukee, WI 53203 |
| | |
| Geraci Law, LLC | Tresha Loretta Patton |
| Andrew Mark Golanowski | |
| 2505 N. Mayfair Rd. #101 | 6965 N 98th Street |
| Wauwatosa, WI 53226 | Milwaukee, WI 53224 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

## REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is the Debtor, through her Attorneys, Geraci Law, LLC.

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

    A. _____ post-confirmation

    B. \_\_\_X\_\_\_ pre-confirmation (Select i. or ii.);

    i. \_\_\_\_\_ Debtor Debtor's attorney certifies that the proposed modification does not materially or adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

    ii. \_\_\_\_\_ Debtor (s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors are (See Attached List).

3. The Proponent wishes to modify the Chapter 13 Plan to do the following: See Below.

4. The reason for the modification is to provide for all claims.

5. Select A. or B.

Rec. No: 621321
Notice and Request to Modify Chapter 13 Plan

A. _____ The Chapter 13 Plan confirmed or last modified on _____ (date) is modified as follows: (State the specific language of the modification.)

B. __X____ The unconfirmed Chapter 13 Plan is modified as follows: the IRS priority claim of $9,672.43 shall be paid in full through the Plan. Allowed general unsecured claims shall receive a pro rata share of not less than $2,400.

C. All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

**6. BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

WHEREFORE, the Proponent requests that the Court approve the modification to the Chapter 13 Plan as stated herein.

Respectfully submitted and dated this Wednesday, November 19, 2014.

By: */s/ Andrew Mark Golanowski*
Andrew Mark Golanowski
Attorney for Debtor
Bar #: 1055499

Andrew Mark Golanowski
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226 Phone: (414) 475-6052 Fax: (877) 247-1960 Email: wal@geracilaw.com

Rec. No: 621321
Notice and Request to Modify Chapter 13 Plan

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

|  | Case No.: | 14-29485 |
|---|---|---|
|  | Judge: | GMH |
|  | Chapter: | Chapter 13 |

**In Re: Tresha Loretta Patton**

## CERTIFICATE OF SERVICE

      The undersigned, an Attorney, does hereby certify that a copy of this Certificate of Service and a copy of the attached Notice and Request to Modify Chapter 13 Plan were mailed First Class to the persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Milwaukee, WI on Wednesday, November 19, 2014:

Tresha Patton                **SEE ATTACHED LIST**
6965 N 98th Street
Milwaukee, WI 53224


      Additionally, the documents referenced above were also served via electronic means on the following individuals on Wednesday, November 19, 2014:

| United States Trustee | Mary B. Grossman |
|---|---|
| Eastern District of Wisconsin | Chapter 13 Trustee |
| 517 E. Wisconsin Ave. | P.O. Box 510920 |
| Milwaukee, WI 53202 | Milwaukee, WI 53203 |


Dated this Wednesday, November 19, 2014.

                                          By:  _/s/ Andrew Mark Golanowski_____
                                                Andrew Mark Golanowski
                                                Attorney of the Debtor
                                                Bar #: 1055499

Andrew Mark Golanowski
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (414) 475-6052
Fax: (877) 247-1960
Email: wal@geracilaw.com

Rec. No: 621321
Notice and Request to Modify Chapter 13 Plan

```
Label Matrix for local noticing          Capital One Auto Finance                DJL Mortgages Capital, Inc. c/o Rushmore loa
0757-2                                   c/o Ascension Capital Group             1414 Underwood Ave, Suite 403
Case 14-29485-gmh                        P.O. Box 201347                         Wauwatosa, WI 53213-2653
Eastern District of Wisconsin            Arlington, TX 76006-1347
Milwaukee
Wed Nov 19 15:54:51 CST 2014

AT T                                     American Family Insurance               American InfoSource LP as agent for
C/O Franklin Collection SV               Bankruptcy Department                   T Mobile/T-Mobile USA Inc
2978 W Jackson St                        6000 American Parkway                   PO Box 248848
Tupelo,MS 38801-6731                     Madison,WI 53783-0001                   Oklahoma City, OK  73124-8848


(p)AMERICOLLECT INC                      Atlas Acquisitions LLC                  Capital ONE AUTO Finan
PO BOX 2080                              294 Union St.                           Attn: Bankruptcy Dept.
MANITOWOC WI 54221-2080                  Hackensack, NJ 07601-4303               3901 Dallas Pkwy
                                                                                 Plano,TX 75093-7864


City of Milwaukee                        Concordia University                    Credit Collection Services
Bankruptcy Dept.                         Bankruptcy Dept.                        Bankruptcy Dept.
841 N. Broadway, Rm. 406                 12800 N. Lakeshore Dr.                  Two Wells Ave., Dept. 7249
Milwaukee,WI 53202-3613                  Mequon,WI 53097-2418                    Newton,MA 02459-3225


DEPT OF EDU/OSLA SERVI                   Dynacare Laboratories                   EOS CCA
Attn: Bankruptcy Dept.                   Bankruptcy Dept.                        Bankruptcy Dept.
525 Central Park Dr Ste                  9200 W. Wisconsin Ave.                  700 Longwater Drive
Oklahoma City,OK 73105-1723              Milwaukee,WI 53226-3522                 Norwell,MA 02061-1624


Equifax                                  Experian                                First Rate Financial
Attn: Bankruptcy Dept.                   Attn: Bankruptcy Dept.                  Attn: Bankruptcy Dept.
PO Box 740241                            PO Box 2002                             8072 North 76th Street
Atlanta,GA 30374-0241                    Allen,TX 75013-2002                     Milwaukee,WI 53223-3202


GMAC Mortgage                            IRS Priority Debt                       MILWAUKEE WATER WORKS
Attn: Bankruptcy Dept.                   Bankruptcy Dept.                        200 E WELLS ST
3451 Hammond Ave                         PO Box 7346                             RM 800
Waterloo,IA 50702-5300                   Philadelphia,PA 19101-7346              MILWAUKEE WI 53202-3515


Milwaukee County Circuit Court           OSLA on behalf of                       Office of the U. S. Trustee
Bankruptcy Dept.                         US Dept of Education Direct Loans       517 East Wisconsin Ave.
901 N. 9th ST.                           P. O. Box 18475                         Room 430
Milwaukee,WI 53233-1425                  Oklahoma City, OK  73154-0475           Milwaukee, WI 53202-4510


Onemain                                  QVC                                     Rnb-Fields3
Attn: Bankruptcy Dept.                   Bankrutcy Dept                          Attn: Bankruptcy Dept.
Po Box 499                               303 Miller St                           Po Box 9475
Hanover,MD 21076-0499                    Dept. 05                                Minneapolis,MN 55440-9475
                                         Strasburg,PA 17579-1000


Rushmore LOAN MGMT SER                   State Collection Servi                  (p)STUDENT LOAN FINANCE CORPORATION
Attn: Bankruptcy Dept.                   Attn: Bankruptcy Dept.                  ATTN BANKRUPTCY
15480 Laguna Canyon Rd S                 2509 S Stoughton Rd                     124 SOUTH FIRST STREET
Irvine,CA 92618-2132                     Madison,WI 53716-3314                   ABERDEEN SD 57401-4107
```

| | | |
|---|---|---|
| Transunion<br>Attn: Bankruptcy Dept.<br>PO Box 1000<br>Chester, PA 19016-1000 | We Energies<br>Attn Bankruptcy Dept. RM A130<br>333 W Everett St<br>Milwaukee WI 53290-0002 | Wisconsin Bell, Inc.<br>c/o AT&T Services, Inc.<br>Karen A. Cavagnaro-Lead Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 |
| Wisconsin Electric POW<br>Attn: Bankruptcy Dept.<br>231 W Michigan St # A130<br>Milwaukee, WI 53203-2918 | Ann R. Kramer<br>Geraci Law L.L.C.<br>55 E. Monroe St. Suite #3400<br>Chicago, IL 60603-5920 | Mary B. Grossman<br>Chapter 13 Trustee<br>P.O. Box 510920<br>Milwaukee, WI 53203-0161 |